IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV268 |
| vs. | ) ) ) | ORDER |
| SCOTT ZRUST, | ) ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 4(m), and for good cause shown,

**IT IS ORDERED** that plaintiffs' Motion for an Extension of Time to Effectuate Service [7] is granted. Plaintiffs are given until and including September 10, 2006 to serve the defendant with the Summons and Complaint.

**DATED July 13, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**